# In the United States Court of Federal Claims

## OFFICE OF SPECIAL MASTERS
### No. 24-626V

AIMEE SHER, on behalf of her daughter, C.S.,

               Petitioner,

v.

SECRETARY OF HEALTH AND HUMAN SERVICES,

               Respondent.

Chief Special Master Corcoran

Filed: March 19, 2025

*Matthew B. Vianello, Jacobson Press P.C., Clayton, MO, for Petitioner.*

*Alyssa M. Petroff, U.S. Department of Justice, Washington, DC, for Respondent.*

## RULING ON ENTITLEMENT[1]

On April 22, 2024, Aimee Sher filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act") on behalf of her minor daughter, C.S. Petitioner alleges that that C.S. suffered Guillain-Barré syndrome ("GBS") after receiving an influenza ("flu") vaccination on September 17, 2022. Petition at 1. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On February 20, 2025, Respondent filed his Rule 4(c) report in which he concedes that Petitioner is entitled to compensation in this case. Respondent's Rule 4(c) Report at

---

[1] Because this Ruling contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Ruling will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2018).

1. Specifically, Respondent is satisfied that the criteria set forth in the Vaccine Injury Table and the Qualifications and Aids to Interpretation have been satisfied in the instant case. *Id.* at 4-5.

**In view of Respondent's position and the evidence of record, I find that Petitioner is entitled to compensation.**

**IT IS SO ORDERED.**

<u>**s/Brian H. Corcoran**</u>
Brian H. Corcoran
Chief Special Master